**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tami E. Henry, | CV 11-01773-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Universal Technical Institute et al., | |
| Defendants. | |

The court has before it plaintiff's motion for default judgment (doc. 88). Plaintiff moved for default judgment on April 4, 2012 pursuant to Rule 55(b), Fed. R. Civ. P. No default has been entered by the Clerk under Rule 55(a), Fed. R. Civ. P. Plaintiff alleges that defendants were served on March 20, 2012. Defendants must answer a complaint within twenty-one days after being served. Fed. R. Civ. P. 12(a)(1)(A)(i). Plaintiff's motion is premature.

**IT IS ORDERED DENYING** plaintiff's motion for default judgment (doc. 88). We urge plaintiff to seek the advice of a lawyer. A review of the docket strongly suggests that plaintiff will not be able to navigate this litigation on his own. If he does not have a lawyer, he may wish to contact the Lawyer Referral Service of the Maricopa County Bar Association at 602-257-4434.

DATED this 5th day of April, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge